448 A.2d 1171

Commonwealth v. Kibler, Appellant.

Argued April 13, 1981.
Richard S. Levine, for appellant; Dara A. DeCourci, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and SHERTZ, JJ.

Judgment of sentence affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.

450 A.2d 754

Commonwealth v. Kight, Appellant.
Reargument Denied Oct. 7, 1982.

Petition for Allowance of Appeal Denied Feb. 23, 1983.

Argued September 30, 1981. Dennis J. Clark, for appellant; Vincent J. Quatrini, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Judgment of sentence affirmed.